**Order entered March 27, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00091-CV

**BYRON CURTIS COOK, Appellant**

**V.**

**RONALD SIMMONS, Appellee**

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-02850-2018**

## ORDER

Before the Court is appellee's March 25, 2019 motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than April 25, 2019. Because this is an accelerated appeal, we caution appellee that further extension requests will be disfavored.

/s/    ERIN A. NOWELL
JUSTICE